## Jones *v.* Arena et ux., Appellants.

Argued June 12, 1967. *Philip R. Detwiler,* with him *Huganir, Butera and Detwiler,* for appellants; *Harry M. Sablosky,* for appellee.

Judgment affirmed.

MONTGOMERY, J., dissented and would enter judgment for defendants.

## Lyn-Jay Corporation Liquor License Case.

Submitted June 19, 1967. *William A. Robbins,* for appellant; *Leonard Langan,* Special Assistant Attorney General, *Thomas Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.